No. 82–5224. BUSH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–5229. SULLIVAN ET AL. v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–5382. HUNSBERGER v. NEBRASKA. Sup. Ct. Neb. Certiorari denied.

No. 82–5388. WIREMAN v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 82–5398. TIPPETT v. WYRICK, WARDEN, MISSOURI STATE PENITENTIARY. C. A. 8th Cir. Certiorari denied.

No. 82–5401. HARRELL v. INGRAM, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–5403. SIMPSON v. WYRICK, WARDEN, MISSOURI STATE PENITENTIARY. C. A. 8th Cir. Certiorari denied.

No. 82–5405. MCPEEK ET AL. v. YOUNG, UNITED STATES DISTRICT JUDGE, ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–5407. JOSHUA v. MAGGIO, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–5410. MCCLANAHAN v. COMMUNITY ACTION COMMITTEE OF THE LEHIGH VALLEY, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–5413. HEIRENS v. HOUSEWRIGHT, WARDEN. C. A. 7th Cir. Certiorari denied.